No. 73–6253. Harrish *v.* City of Parma. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 72–637. Kennecott Copper Corp. *v.* Federal Trade Commission. C. A. 10th Cir. Certiorari denied. Mr. Justice Stewart would grant certiorari. Mr. Justice Douglas took no part in the consideration or decision of this petition.

No. 73–627. Mayes *v.* Texas. County Ct. at Law No. 4, Harris County. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–922. Brown et al. *v.* United States. C. A. 4th Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–1255. International Union, United Mine Workers of America, et al. *v.* Solar Fuel Co. et al. C. A. 3d Cir. Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 73–6011. McCalvin et al. *v.* Illinois. Sup. Ct. Ill. Certiorari denied. Mr. Justice Douglas would grant certiorari.